AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

KOWOSKY TYWAN CHRISTIAN

## DEFENDANT CHRISTIAN EXHIBIT LIST

Case Number:  2:06cr169-WKW

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY CLARK MORRIS | DEFENDANT'S ATTORNEY JOSEPH VAN HEEST |
|---|---|---|
| TRIAL DATE (S) MARCH 5, 2007 | COURT REPORTER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 3/5/07 |  | Yes | Chilton County Bond Records |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE FOLDER WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.