# Exhibit A

Pro Legal Copies of Montgomery, Inc.

# Invoice

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal  Tax ID No. : 63-1271006

| Date | Invoice # |
|---|---|
| 3/12/2007 | 6554 |

**Bill To**

Richard Keith, Esq.
22 Scott Street
Montgomery, Alabama 36104-4012

**Ship To**

| Terms | Ship |
|---|---|
| Net 15 | 3/12/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,428 | 12 | Litigation Copying | 0.08 | 594.24T |
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 6 | Videos | Video Duplication | 12.50 | 75.00T |
| 23 | Cass | Copy of Audio Tape | 5.95 | 136.85T |

Signature

| **Sales Tax  (10.0%)** | $112.21 |
|---|---|
| **Total** | $1,234.35 |



EXHIBIT

A

paid 3/15/07 check # 5586 (GA)