IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr169-WHA |
| ) | |
| CECILLO PACHACHE; ) | |
| DEMETRIOUS TERRELL PEGUES; ) | |
| CLIFF JOHNSON; ) | |
| TERRENCE ANTWAN NEWKIRK, ) | |
|     a.k.a. Rock and Rocky; ) | |
| CHARLES DANIEL CRAIG; ) | |
| KOWOSKY TYWAN CHRISTIAN; ) | |
| CHRISTOPHER IMAN ULMER; ) | |
| DEMETRIA MILLS; ) | |
| DARRYL LAMONT BROWN; ) | |
| DARNELL MONTREZE BROWN; ) | |
| RODRIGUEZ CHILDRES; ) | |
| ROGER WALTON; ) | |
| JAMES EARL HUBBARD; ) | |
| JAMES CALVIN TALLEY, ) | |
|     a.k.a. Noosie; ) | |
| WILMONT TIMOTHY BARNETT; and ) | |
| WILLIAM EARL ULMER, ) | |
|     a.k.a. Michael Ulmer. ) | |

NOTICE OF BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY REGARDING
CLIFF JOHNSON, DEMETRIA MILLS AND JAMES CALVIN TALLEY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of 21 U.S.C. § 841(a)(1) as alleged in Count 1; and/or violations of 21 U.S.C. § 841 as alleged in Counts 2 through 13; and/or violations of 21 U.S.C. § 843(b) as alleged in Counts 14 through 32 of the indictment, which is punishable by

imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to 21 U.S.C. § 853:

> One 1965 Chevrolet Impala VIN: 1646950D18229 seized October 19, 2005 from Cliff Johnson;
>
> One 2002 Chevrolet Tahoe VIN: 1GNEC13Z52R236758 seized October 19, 2005 from Demetria Mills;
>
> Thirty Thousand One Hundred Forty One and 84/100 Dollars ($30,141.84) in United States currency seized from Mutual Savings Credit Union account in the name of James C. Talley, Jr. on April 14, 2006.

Respectfully submitted this 29th day of March, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /s/John T. Harmon
                                                John T. Harmon
                                                Assistant United States Attorney

Case 2:06-cr-00169-WKW-SRW     Document 159     Filed 03/29/2007     Page 3 of 3