```
              IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE MIDDLE DISTRICT OF ALABAMA
                           NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr169-WHA |
| ) | |
| CECILLO PACHACHE; ) | |
| DEMETRIOUS TERRELL PEGUES; ) | |
| CLIFF JOHNSON; ) | |
| TERRENCE ANTWAN NEWKIRK, ) | |
|     a.k.a. Rock and Rocky; ) | |
| CHARLES DANIEL CRAIG; ) | |
| KOWOSKY TYWAN CHRISTIAN; ) | |
| CHRISTOPHER IMAN ULMER; ) | |
| DEMETRIA MILLS; ) | |
| DARRYL LAMONT BROWN; ) | |
| DARNELL MONTREZE BROWN; ) | |
| RODRIGUEZ CHILDRES; ) | |
| ROGER WALTON; ) | |
| JAMES EARL HUBBARD; ) | |
| JAMES CALVIN TALLEY, ) | |
|     a.k.a. Noosie; ) | |
| WILMONT TIMOTHY BARNETT; and ) | |
| WILLIAM EARL ULMER, ) | |
|     a.k.a. Michael Ulmer. ) | |

<u>ORDER REGARDING CRIMINAL FORFEITURE OF
THIRTY THOUSAND ONE HUNDRED FORTY ONE AND 84/100 DOLLARS
($30,141.84) IN UNITED STATES CURRENCY SEIZED FROM MUTUAL SAVINGS
CREDIT UNION ACCOUNT IN GOVERNMENT CUSTODY</u>

This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question is Thirty Thousand One Hundred Forty One and 84/100 Dollars ($30,141.84) in United States currency seized from Mutual Savings Credit Union Account; and,

WHEREAS, the seized asset is already in the lawful custody of the Government; and,

WHEREAS, the Government filed a Bill of Particulars thereby asserting that it will maintain and preserve the seized asset throughout the pending criminal case so that it will be available for forfeiture; and,

WHEREAS, Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture must take steps to preserve the property under Title 21, United States Code, Section 853; and,

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of the property.

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug Enforcement Administration and/or the United States Marshals Service, are authorized to maintain and preserve the seized asset until the conclusion of the instant criminal case and the related forfeiture matter, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

_____
UNITED STATES DISTRICT JUDGE