IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| JAMES CALVIN TALLEY ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 26, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of James Calvin Talley, to Todd Mims, DEA, and/or Doug Walters, DEA, on April 27, 2007, through July 27, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Todd Mims, DEA, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of April, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE