IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0169-WKW |
| ) | |
| JAMES CALVIN TALLEY, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO RESET JANUARY 25, 2008 SENTENCING HEARING**

COMES NOW, Richard K. Keith, attorney for Defendant James Calvin Talley, and moves this Honorable Court to reset the January 25, 2008 Sentencing Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The defendant's sentencing is currently set for January 25, 2008..

2. The undersigned has pre-paid reservations to attend the Alabama Criminal Defense Lawyers Association (ACDLA) Death Penalty seminar in Birmingham, Florida January 24 & 25, 2008, where he is also going to be a guest speaker.

3. Assistant United States Attorney Clark Morris has been contacted and has no objection to the sentencing in this matter being reset.

WHEREFORE, premises considered, the undersigned moves to reset the January 25, 2008 sentencing.

Respectfully submitted this 1st day of November, 2007.

                                              s/ Richard K. Keith
                                              **RICHARD K. KEITH (KEI003)**
                                              Attorney for Defendant
                                              **KEITH & DUBIN, P.C.**
                                              22 Scott Street
                                              Montgomery, AL  36104-4012
                                              Telephone: (334) 264-6776
                                              Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Clark Morris, AUSA
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**