IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-169-WKW |
| | ) | |
| JAMES CALVIN TALLEY | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Reset January 28, 2008 Sentencing Hearing, it is ORDERED that the sentencing date in this matter is continued from January 25, 2008, at 1:30 p.m. to **January 30, 2008 at 11:30 a.m.**

DONE this 6th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE