IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.   2:06-cr-0169-WKW |
| ) | |
| JAMES CALVIN TALLEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT TO GOVERNMENT'S MOTION FOR FORFEITURE**

COMES NOW, the defendant, James Calvin Talley, by and through counsel, and hereby consents to the Government's Motion for Forfeiture.

In support thereof, the following is stated:

1. The Government seeks the forfeiture of $30,141.84 in United States currency seized from the Mutual Savings Credit Union account in the name of James C. Talley, Jr.

2. The defendant makes no claim to the above-referenced currency as these funds belonged to his father, John Robbins.

WHEREFORE, the defendant has no objection to the Court ordering a preliminary order of forfeiture as to the defendant's interest in the subject property.

Respectfully submitted, this 18th day of December, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    John T. Harmon, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**