IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| JAMES CALVIN TALLEY | ) | |

## ORDER

Upon consideration of Defendant's Consent to Government's Motion for Forfeiture (Doc. # 469), the forfeiture hearing for James Calvin Talley set for December 19, 2007, at 3:30 p.m. is CANCELLED.

DONE this 19th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE