```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| **CLIFF JOHNSON,** | ) | |
| **DEMETRIA MILLS and** | ) | |
| **JAMES CALVIN TALLEY** | ) | |

**DECLARATION OF PUBLICATION**

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 7, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct this 19th day of February, 2008.

```
                        LEURA G. CANARY
                        UNITED STATES ATTORNEY


                        /s/Tommie Brown Hardwick
                        TOMMIE BROWN HARDWICK
                        Assistant United States Attorney
                        Bar Number: ASB4152 W86T
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        Phone: (334) 223-7280
                        Fax:   (334) 223-7135
                        E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        Respectfully submitted,

                        **/s/Tommie Brown Hardwick**
                        TOMMIE BROWN HARDWICK
                        Assistant United States Attorney