**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:06cr169-WKW** |
| ) | |
| **JAMES CALVIN TALLEY** ) | |

**FINAL ORDER OF FORFEITURE**

On December 21, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. # 478), ordering defendant James Calvin Talley to forfeit the following property to the United States:

> Thirty Thousand One Hundred Forty One and 84/100 Dollars ($30,141.84) in United States currency seized from Mutual Savings Credit Union account in the name of James C. Talley, Jr. on April 14, 2006.

Notice of the forfeiture was served upon John Robinson on January 9, 2008 (Doc. # 502);

Notice of the forfeiture was served upon Amy Williams, secretary for Attorney Amy Hayes Naylor on January 11, 2008 (Doc. # 500);

The United States published notice of this forfeiture in the Montgomery Advertiser newspaper in accordance with the law and as specified in the Preliminary Order, and notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; additionally, notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on January 7, 2008, and

ending on February 5, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 566);

No timely petitions of interest have been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The following property is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853:

> Thirty Thousand One Hundred Forty One and 84/100 Dollars ($30,141.84) in United States currency seized from Mutual Savings Credit Union account in the name of James C. Talley, Jr. on April 14, 2006.

All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Except as herein stated, all parties shall bear their own costs.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2